

INSTITUTE FOR JUSTICE

ACCEPTED
15-25-00064-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 1:16 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 1:16:13 PM
CHRISTOPHER A. PRINE
Clerk

December 4, 2025

**Via Electronic Filing**
Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals

RE:    *No. 15-25-00064-CV; Texas State Board of Social Worker Examiners, et al. v. Katherin Youniacutt and Tammy Thompson*

Dear Mr. Prine:

In accordance with the Court's letters of November 13 and 17, I write to notify the Court that I will be representing Appellees at oral argument, which the Court has set for December 18.

Respectfully submitted,

/s/ James T. Knight II

James T. Knight II
Attorney for Appellees

ARLINGTON        AUSTIN        CHICAGO        MIAMI        PHOENIX        SEATTLE

901 N. Glebe Road, Suite 900  Arlington, VA 22203    P: (703) 682-9320    F: (703) 682-9321
general@ij.org      www.ij.org

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Arif Panju on behalf of Arif Panju
Bar No. 24070380
apanju@ij.org
Envelope ID: 108720951
Filing Code Description: Letter
Filing Description: Notice to Clerk re Oral Argument- Presenting Attorney
Status as of 12/4/2025 1:19 PM CST

Associated Case Party: Katherin Youniacutt and Tammy Thompson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arif Panju | 24070380 | apanju@ij.org | 12/4/2025 1:16:13 PM | SENT |
| James T. Knight II | | jknight@ij.org | 12/4/2025 1:16:13 PM | SENT |

Associated Case Party: Texas State Board of Social Workers Examiners, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Ramsey | 24051227 | John.Ramsey@oag.texas.gov | 12/4/2025 1:16:13 PM | SENT |
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 12/4/2025 1:16:13 PM | SENT |
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 12/4/2025 1:16:13 PM | SENT |
| Eric Abels | | Eric.Abels@oag.texas.gov | 12/4/2025 1:16:13 PM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 12/4/2025 1:16:13 PM | SENT |
| Andrew Ward | | andrew.ward@ij.org | 12/4/2025 1:16:13 PM | SENT |
| Ashlynn Acosta | | aacosta@ij.org | 12/4/2025 1:16:13 PM | SENT |
| Claire Purple | | cpurple@ij.org | 12/4/2025 1:16:13 PM | SENT |
| Victor Hernandez | | victor.hernandez@oag.texas.gov | 12/4/2025 1:16:13 PM | SENT |